

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| READYONE INDUSTRIES INC., | § | No. 08-13-00094-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| MARGARITA SIMENTAL, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011-2790) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Appellant's motion to dismiss this appeal. Appellant states that the underlying case has been settled and requests that this Court enter an order dismissing the appeal. *See* TEX. R. APP. P. 42.1(a). Appellant represents that it has conferred with Appellee and that Appellee does not oppose the motion. We therefore grant the motion and dismiss the appeal without prejudice. Pursuant to Appellant's motion, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

March 21, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.